IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| C.O.,<br><br>    Plaintiff,<br><br>v.<br><br>United States of America,<br><br>    Defendant. | Case No. 7:21-cv-92-HL |

## NOTICE OF SETTLEMENT

Plaintiff C.O. and Defendant United States of America announce that the parties have reached a settlement in the above-captioned case. The parties intend to file a Stipulation of Dismissal as soon as the settlement details are finalized, which will be no more than 30 days from the day of filing.

Respectfully submitted this 9th day of June, 2022.

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

/s/ Leticia Saucedo
Leticia Saucedo (TX Bar No. 797381)*
634 S. Spring St., 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
lsaucedo@maldef.org

Rosa Saavedra Vanacore (NY Bar No. 5625611)*
1016 16th St., NW, Ste. 100
Washington, DC 20036
Telephone: (202) 293-2828
rsaavedra@maldef.org

ESHMAN BEGNAUD, LLC
Mark Begnaud
Georgia Bar No. 217641
mbegnaud@eshmanbegnaud.com
Michael J. Eshman
Georgia Bar No. 365497
meshman@eshmanbegnaud.com
315 W. Ponce De Leon Ave., Suite 775
Decatur, GA 30030
Telephone: (404) 491-0170

*Admitted *pro hac vice*

*Attorneys for Plaintiff P.R.*


**PETER D. LEARY**
**UNITED STATES ATTORNEY**

 /s/ E. Bowen Reichert Shoemaker
E. BOWEN REICHERT SHOEMAKER
Assistant United States Attorney
Georgia Bar No. 222443
bowen.shoemaker@usdoj.gov
AMELIA G. HELMICK
Assistant United States Attorney
Georgia Bar No. 142673
amy.helmick@usdoj.gov
U.S. Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Phone: (478) 752-3511

*Attorneys for Defendant United States of America*